UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

      v.                              **CRIMINAL N0. 12-61**

**TRACEY HOOK**

## ORDER

**AND NOW**, this 9th day of November, 2021, it is hereby **ORDERED** that:

1. The Defendant's motion to vacate, set aside, or correct sentence [Doc. 79] is **DENIED**.

2. A certificate of appealability shall not issue.

                                                **BY THE COURT:**

                                                */s/ Jeffrey L. Schmehl*
                                                **JEFFREY L. SCHMEHL, J.**